■ In the Matter of the Arbitration between UTICA MUTUAL INSURANCE COMPANY, Appellant, and SUSAN J. WALTER, as Administratrix of the Estate of FRED WALTER, Deceased, Respondent. — Appeal from a judgment of the Supreme Court at Trial Term (Walsh, Jr., J.), entered August 7, 1984 in Fulton County, which dismissed petitioner's application, pursuant to CPLR 7503, to stay arbitration between the parties.

Judgment affirmed, with costs. No opinion. Mahoney, P. J., Main, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.